UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EDKINS, | |
| Plaintiff, | Case No. 1:15-cv-01322-PJG |
| v. | Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | **JUDGMENT** |

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that plaintiff's stipulation for Attorney Fees and Expenses, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 21) is **GRANTED**.  Judgment is entered in plaintiff's favor in the amount of $3,640.00.


Dated: July 21, 2017                    /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge